IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02628-CMA-CBS

MANDI R. ARNOLD,

    Plaintiff,

v.

XYLEM CCI, INC.,
a Colorado corporation, and
ADP TOTALSOURCE, INC.,
a Florida corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that ADP TotalSource, Inc.'s Unopposed Motion to Correct Caption (*doc. #6)* is GRANTED. The caption shall be revised to reflect ADP TotalSource, Inc. as the Defendant.

    IT IS FURTHER ORDERED that Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (*doc. #7)* is GRANTED. The deadline for Defendants to file a responsive pleading is extended to **January 16, 2009**.

**DATED:**    December 24, 2008