IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02628-CMA-CBS

MANDI R. ARNOLD,

    Plaintiff,

v.

XYLEM CCI, INC.,
a Colorado corporation, and
ADP TOTALSOURCE, INC.,
a Florida corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion for Protective Order (*doc. no. 21)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 21-2)* is accepted by the court.

    The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    February 23, 2009