**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02628-CMA-CBS

MANDI R. ARNOLD,

      Plaintiff,

v.

XYLEM CCI, INC., a Colorado corporation, and
ADP TOTALSOURCE, INC., a Florida corporation,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      This matter comes before the Court on the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 32). The Court, having reviewed the Stipulation and being fully advised in the premises, hereby

      ORDERS that this action be DISMISSED WITH PREJUDICE, in its entirety, each party to pay her or its own costs and attorneys' fees.

      DATED: April __2__, 2009

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge